Rev. Sept 1, 2014

## LOCAL BANKRUPTCY FORM 9013-3

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Wilkes-Barre)

| | |
|---|---|
| IN RE:<br>EDWARD STUART DWYER, JR<br>    Debtor | Case No. 5:25-bk-02611-MJC |
| Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services,<br>    Movant | Chapter 13 |
| vs.<br>EDWARD STUART DWYER, JR<br>    And<br>CHARLOTTE M. DWYER, (NON-FILING CO-DEBTOR)<br>    Respondents | 11 U.S.C. §362 and §1301 |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance.
Working on MFR resolution

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: January 1, 2026

                                        Applicant's Signature

                                  */s/Mario Hanyon*
                                  Andrew Spivack, PA Bar No. 84439
                                  Mario Hanyon, PA Bar No. 203993
                                  Jay Jones, PA Bar No. 86657
                                  Attorney for Creditor
                                  BROCK & SCOTT, PLLC
                                  3825 Forrestgate Drive
                                  Winston Salem, NC 27103
                                  Telephone: (844) 856-6646
                                  Facsimile: (704) 369-0760
                                  E-Mail: PABKR@brockandscott.com

Rev. Sept 1, 2014

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>EDWARD STUART DWYER, JR<br><br>Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services,<br>    Movant<br><br>vs.<br><br>EDWARD STUART DWYER, JR ,<br>    Debtor<br>    And<br>CHARLOTTE M. DWYER<br>    Co-Debtor | Case No. 5:25-bk-02611-MJC<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Request to Continue MFR hearing has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Charles Laputka, Debtor's Attorney
Laputka Law Office
1344 W. Hamilton St
Allentown, PA 18102
claputka@laputkalaw.com


Jack N Zaharopoulos, Bankruptcy Trustee
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee, US Trustee
US Courthouse
1501 N. 6th St

Harrisburg, PA 17102

Via First Class Mail:

EDWARD STUART DWYER, JR
139 CHIPMUNK RD.
BUSHKILL, PA 18324

CHARLOTTE M. DWYER
139 CHIPMUNK RD.
BUSHKILL, PA 18324

Date: <u>January 4, 2026</u>

<u>/s/Mario Hanyon</u>
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com