UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: EDWARD S, DWYER, JR. | : | |
| | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| EDWARD S, DWYER, JR. | : | |
| | : | |
| Respondent(s) | : | CASE NO. **5:25-bk-02611-MJC** |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

COMES NOW Jack N. Zaharopoulos, Standing Chapter 13 Trustee, who objects to confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a) The plan is underfunded relative to claims to be paid – 100% plan (required by Means Test).
   b) Plan ambiguous:
      i. The existing nonstandard provision should clarify that all unsecured creditors will be paid 100% with interest paid at the federal judgment interest rate.

2. The debtor(s) has not provided the Trustee with information needed in order for the Trustee to comply with § 1302(b)(6). The Debtor testified at his Meeting of Creditors that he pays alimony.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s)' plan.
   b. Dismiss or convert debtor(s)' case.
   c. Provide such other relief as is equitable and just.

Dated: January 26, 2026

Respectfully submitted:

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

       I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

CHARLES LAPUTKA ESQUIRE
1344 WEST HAMILTON STREET
ALLENTOWN, PA 18102-


Dated:      January 26, 2026

          /s/ Jack N. Zaharopoulos
          Office of Jack N. Zaharopoulos
          Standing Chapter 13 Trustee

Case 5:25-bk-02611-MJC    Doc 25    Filed 01/26/26    Entered 01/26/26 11:31:13    Desc
Main Document    Page 2 of 2