Rev. Dec 1, 2011

# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE:<br>**EDWARD STUART DWYER, JR** | | CHAPTER | 13 |
| | | CASE NO. | 5:25-bk-02611-MJC |
| | Debtor(s) | NATURE OF PROCEEDING: | Motion for Relief from Stay |
| **Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services** | | DOCUMENT No. | 18 |
| | Plaintiff(s)/Movants | | |
| vs.<br>EDWARD STUART DWYER, JR<br>CHARLOTTE M. DWYER | | | |
| | Defendant(s)/Respondent(s) | | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  ☐ Thirty (30) days.
  ☒ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: **January 26, 2026**      /s/ Mario Hanyon
                                 Attorney for: Peritus Portfolio Services II, LLC as servicer for Westlake Financial Services

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.

Case 5:25-bk-02611-MJC   Doc 28   Filed 01/27/26   Entered 01/27/26 20:52:04   Desc Main Document    Page 1 of 1