In re:                                                                                          Case No. 25-02611-MJC

Edward Stuart Dwyer, Jr.                                                                        Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jan 26, 2026 | Form ID: ntcnfhrg | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Edward Stuart Dwyer, Jr., 139 Chipmunk Rd., Bushkill, PA 18324-7884 |
| 5742052 | + | Aqua Finance Inc, 900 Alderson St, Schofield, WI 54476-1488 |
| 5742064 | + | Pocono Mtn Lake Estates Community Assoc, 2095 Milford Rd, Bushkill,, Bushkill, PA 18324-8292 |
| 5742066 | + | Robert Francis Bernathy, Esq., 102 E John St, Milford, PA 18337-1707 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: peritus@ebn.phinsolutions.com | Jan 26 2026 18:41:00 | Peritus Portfolio Services II, LLC as servicer for, 433 E Las Colinas Blvd, Suite 475, Irving, TX 75039-6276 |
| 5742053 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 26 2026 18:41:00 | CCB/Biglots, PO BOX 182120, Columbus, OH 43218-2120 |
| 5742055 | + | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Jan 26 2026 18:41:00 | Cortrust BK, PO Box 7030, Mitchell, SD 57301-7030 |
| 5742056 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 26 2026 18:42:58 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5742057 | + | Email/Text: dht@pacollections.com | Jan 26 2026 18:41:00 | Demetrios H. Tsarouhis, Esquire, 21 S 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 5742058 | + | Email/Text: mrdiscen@discover.com | Jan 26 2026 18:41:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5742059 | + | Email/Text: mrdiscen@discover.com | Jan 26 2026 18:41:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5742060 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 26 2026 18:42:58 | FST Premier, 3820 N Louise Ave., Sioux Falls, SD 57107-0145 |
| 5755916 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 26 2026 18:41:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5742061 | ^ | MEBN | Jan 26 2026 18:36:34 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5759536 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2026 18:43:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5742062 | | Email/Text: camanagement@mtb.com | Jan 26 2026 18:41:00 | M &T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 5758575 | | Email/Text: camanagement@mtb.com | | |

|  |  | Jan 26 2026 18:41:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
|---|---|---|---|
| 5742063 | Email/Text: ml-ebn@missionlane.com | Jan 26 2026 18:41:00 | Mission Lane Tab Bank, PO BOX 105286 SW #1340, Atlanta, GA 30348 |
| 5761788 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2026 18:43:08 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, NORFOLK VA 23541 |
| 5742065 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2026 18:42:58 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 5746997 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jan 26 2026 18:41:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 5756043 | Email/Text: bnc-quantum@quantum3group.com | Jan 26 2026 18:41:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5742068 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 26 2026 18:43:02 | SYNCB/Care Credit, 950 Forrer Blvd, Dayton, OH 45420-1469 |
| 5742069 | Email/Text: bknotice@upgrade.com | Jan 26 2026 18:41:00 | Upgrade Inc, 2 N Central Ave - Fl 10, Phoenix, AZ 85004 |
| 5742360 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 26 2026 18:42:58 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5758816 | + Email/Text: peritus@ebn.phinsolutions.com | Jan 26 2026 18:41:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 5742070 | + Email/Text: bankruptcynotice@westlakefinancial.com | Jan 26 2026 18:41:00 | Westlake Financial Svcs, 4751 Wilshire Blvd, Los Angeles, CA 90010-3847 |
| 5742071 | + Email/Text: bkfilings@zwickerpc.com | Jan 26 2026 18:41:00 | Zwicker & Associates PC, 900 NORTHBROOK DR STE 100, Feasterville Trevose, PA 19053-8432 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5742051 |  | Anthony Whittles |
| 5742054 | ##+ | Charlotte Dwyer, 139 Chipmunk Road, Bushkill, PA 18324-7884 |
| 5742067 | ## | Scott & Associates PC, 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2026                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Charles Laputka | on behalf of Debtor 1 Edward Stuart Dwyer Jr. ecfnotices@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com;Laputka.CharlesB@notify.bestcase.com;laputka.charlesb@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Mario J. Hanyon | on behalf of Creditor Peritus Portfolio Services II LLC as servicer for Westlake Financial Services wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Edward Stuart Dwyer Jr.,                    Chapter          13

**Debtor 1**

Case No.          5:25−bk−02611−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 26, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: March 5, 2026 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 26, 2026 |

ntcnfhrg (08/21)