United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                      Case No. 25-02611-MJC

Edward Stuart Dwyer, Jr.                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                          Page 1 of 3

Date Rcvd: Mar 04, 2026                        Form ID: 309A                          Total Noticed: 33

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#               Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##              Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Edward Stuart Dwyer, Jr., 139 Chipmunk Rd., Bushkill, PA 18324-7884 |
| aty | + | Mario J. Hanyon, Brock & Scott, PLLC, 302 Fellowship Road,, Ste 130, Mount Laurel, NJ 08054-1218 |
| aty | + | Matthew K. Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5742052 | + | Aqua Finance Inc, 900 Alderson St, Schofield, WI 54476-1488 |
| 5742064 | + | Pocono Mtn Lake Estates Community Assoc, 2095 Milford Rd, Bushkill,, Bushkill, PA 18324-8292 |
| 5742066 | + | Robert Francis Bernathy, Esq., 102 E John St, Milford, PA 18337-1707 |

TOTAL: 6


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: ecfnotices@laputkalaw.com | Mar 04 2026 18:38:00 | Charles Laputka, Laputka Law Offices, 1344 West Hamilton Street, Allentown, PA 18102 |
| tr | + Email/Text: lawrencegfrank@gmail.com | Mar 04 2026 18:39:00 | Lawrence G. Frank, (Trustee), 100 Aspen Drive, Dillsburg, PA 17019-9621 |
| ust | + Email/Text: ustpregion03.ha.ecf@usdoj.gov | Mar 04 2026 18:39:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| cr | + Email/Text: peritus@ebn.phinsolutions.com | Mar 04 2026 18:39:00 | Peritus Portfolio Services II, LLC as servicer for, 433 E Las Colinas Blvd, Suite 475, Irving, TX 75039-6276 |
| 5742053 | + EDI: WFNNB.COM | Mar 04 2026 23:39:00 | CCB/Biglots, PO BOX 182120, Columbus, OH 43218-2120 |
| 5742055 | + Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Mar 04 2026 18:39:00 | Cortrust BK, PO Box 7030, Mitchell, SD 57301-7030 |
| 5742056 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2026 18:43:18 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5742057 | + Email/Text: dht@pacollections.com | Mar 04 2026 18:39:00 | Demetrios H. Tsarouhis, Esquire, 21 S 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 5742058 | + EDI: DISCOVER | Mar 04 2026 23:39:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5742059 | + EDI: DISCOVER | Mar 04 2026 23:39:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5742060 | + EDI: AMINFOFP.COM | Mar 04 2026 23:39:00 | FST Premier, 3820 N Louise Ave., Sioux Falls, SD 57107-0145 |
| 5755916 | EDI: JEFFERSONCAP.COM | | |

| | | | Mar 04 2026 23:39:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
|---|---|---|---|---|
| 5742061 | ^ | MEBN | | |
| | | | Mar 04 2026 18:36:06 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5759536 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 04 2026 18:43:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5742062 | | Email/Text: camanagement@mtb.com | | |
| 5758575 | | Email/Text: camanagement@mtb.com | | |
| | | | Mar 04 2026 18:39:00 | M &T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| | | | Mar 04 2026 18:39:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5742063 | | Email/Text: ml-ebn@missionlane.com | | |
| | | | Mar 04 2026 18:38:00 | Mission Lane Tab Bank, PO BOX 105286 SW #1340, Atlanta, GA 30348 |
| 5761788 | | EDI: PRA.COM | | |
| | | | Mar 04 2026 23:39:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, NORFOLK VA 23541 |
| 5742065 | | EDI: PRA.COM | | |
| | | | Mar 04 2026 23:39:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 5746997 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Mar 04 2026 23:39:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 5756043 | | EDI: Q3G.COM | | |
| | | | Mar 04 2026 23:39:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5742068 | + | EDI: SYNC | | |
| | | | Mar 04 2026 23:39:00 | SYNCB/Care Credit, 950 Forrer Blvd, Dayton, OH 45420-1469 |
| 5742069 | | Email/Text: bknotice@upgrade.com | | |
| | | | Mar 04 2026 18:38:00 | Upgrade Inc, 2 N Central Ave - Fl 10, Phoenix, AZ 85004 |
| 5742360 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | | Mar 04 2026 18:43:12 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5758816 | + | Email/Text: peritus@ebn.phinsolutions.com | | |
| | | | Mar 04 2026 18:39:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 5742070 | + | Email/Text: bankruptcynotice@westlakefinancial.com | | |
| | | | Mar 04 2026 18:39:00 | Westlake Financial Svcs, 4751 Wilshire Blvd, Los Angeles, CA 90010-3847 |
| 5742071 | + | Email/Text: bkfilings@zwickerpc.com | | |
| | | | Mar 04 2026 18:39:00 | Zwicker & Associates PC, 900 NORTHBROOK DR STE 100, Feasterville Trevose, PA 19053-8432 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5742051 | | Anthony Whittles |
| 5742054 | ##+ | Charlotte Dwyer, 139 Chipmunk Road, Bushkill, PA 18324-7884 |
| 5742067 | ## | Scott & Associates PC, 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Debtor 1 Edward Stuart Dwyer Jr. ecfnotices@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com;Laputka.CharlesB@notify.bestcase.com;laputka.charlesb@notify.bestcase.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Lawrence G. Frank | lawrencegfrank@gmail.com  PA39@ecfcbis.com |
| Mario J. Hanyon | on behalf of Creditor Peritus Portfolio Services II  LLC as servicer for Westlake Financial Services wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Edward Stuart Dwyer Jr. | Social Security number or ITIN: | xxx–xx–5051 |
| | First Name  Middle Name  Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed in chapter:  13  9/16/25 | |
| Case number: | 5:25–bk–02611–MJC | Date case converted to chapter:  7  3/4/26 | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Edward Stuart Dwyer Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 139 Chipmunk Rd.<br>Bushkill, PA 18324 | |
| 4. | **Debtor's attorney**<br>Name and address | Charles Laputka<br>Laputka Law Offices<br>1344 West Hamilton Street<br>Allentown, PA 18102 | Contact phone 6104770155<br><br>Email: ecfnotices@laputkalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lawrence G. Frank<br>(Trustee)<br>100 Aspen Drive<br>Dillsburg, PA 17019 | Contact phone 717 234–7455<br><br>Email: lawrencegfrank@gmail.com |

For more information, see page 2 >

**Receiving Court Issued Orders and Notices by E–Mail:**  (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | |
|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831–2500<br><br>Date: 3/4/26 |

| | | |
|---|---|---|
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**\*Valid photo ID and proof of Social Security number are required\*** | **Date:  April 1, 2026 at 11:45 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional information use the QR code or visit:<br><br>https://www.justice.gov/ust/ust–regions–r03/region–3–section–341–meetings–0#TrusteeZoom<br><br>The Court does not endorse or exercise any responsibility of the content at this link. | **Location:**<br>Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 231 131 9730, Click on Join using passcode 5378651079, or call 1–267–552–4686<br><br> |

| | | |
|---|---|---|
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. |

| | | |
|---|---|---|
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/31/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |

| | | |
|---|---|---|
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Case 5:25-bk-02611-MJC   Doc 47   Filed 03/06/26   Entered 03/07/26 00:27:37   Desc
Imaged Certificate of Notice   Page 5 of 5