United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                          Case No. 25-02611-MJC

Edward Stuart Dwyer, Jr.                                                          Chapter 7

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                              User: AutoDocke                              Page 1 of 2

Date Rcvd: Mar 04, 2026                        Form ID: pdf010                             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

**Recip ID**              **Recipient Name and Address**
db              #+  Edward Stuart Dwyer, Jr., 139 Chipmunk Rd., Bushkill, PA 18324-7884

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:**

**Name**              **Email Address**

Charles Laputka

       on behalf of Debtor 1 Edward Stuart Dwyer  Jr. ecfnotices@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com;Laputka.CharlesB@notify.bestcase.com;laputka.charlesb@notify.bestcase.com

Jack N Zaharopoulos

       ecf_pahu_alt@trustee13.com

Mario J. Hanyon

       on behalf of Creditor Peritus Portfolio Services II  LLC as servicer for Westlake Financial Services wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew K. Fissel

       on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:       :    **Chapter 13**

      :

**EDWARD STUART DWYER, JR.,**    :    **Case No. 5:25-bk-02611-MJC**

      :

      **Debtor**       :

## ORDER

Upon consideration of Debtor's Motion to Convert to Chapter 7, Doc. 39 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is converted to a Chapter 7 bankruptcy.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 4, 2026