**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Edward Stuart Dwyer Jr.

Case # 5:25-bk-02611-MJC

Debtor

CHAPTER 13

## STATEMENT OF POST PETITION DEBT

The Debtor, Edward Stuart Dwyer Jr., hereby states that he has incurred the following

debts after the filing of the original Chapter 13 case and before the conversion to the current

Chapter 7 case:

Pike County
Pike County Courthouse
412 Broad St
Milford, PA 18337
$4800 – Criminal Fines

Wayne County Probation
925 Court Street
Honesdale, PA 18431
$100 a week

Dated: April 7, 2026

/s/Edward Stuart Dwyer, Jr.
Edward Stuart Dwyer, Jr.