United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Edward Stuart Dwyer, Jr.

    Debtor

Case No. 25-02611-MJC

Chapter 7

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Edward Stuart Dwyer, Jr., 139 Chipmunk Rd., Bushkill, PA 18324-7884 |
| 5742052 | + | Aqua Finance Inc, 900 Alderson St, Schofield, WI 54476-1488 |
| 5793910 | + | Pike County, Pike County Courthouse, 412 Broad St, Milford, PA 18337-1593 |
| 5742064 | + | Pocono Mtn Lake Estates Community Assoc, 2095 Milford Rd, Bushkill,, Bushkill, PA 18324-8292 |
| 5742066 | + | Robert Francis Bernathy, Esq., 102 E John St, Milford, PA 18337-1707 |
| 5793911 | + | Wayne County Probation, 925 Court Street, Honesdale, PA 18431-1994 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: peritus@ebn.phinsolutions.com | Jun 17 2026 18:44:00 | Peritus Portfolio Services II, LLC as servicer for, 433 E Las Colinas Blvd, Suite 475, Irving, TX 75039-6276 |
| 5742053 | + | EDI: WFNNB.COM | Jun 17 2026 22:43:00 | CCB/Biglots, PO BOX 182120, Columbus, OH 43218-2120 |
| 5742055 | + | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Jun 17 2026 18:44:00 | Cortrust BK, PO Box 7030, Mitchell, SD 57301-7030 |
| 5742056 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 17 2026 18:49:04 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5742057 | + | Email/Text: dht@pacollections.com | Jun 17 2026 18:44:00 | Demetrios H. Tsarouhis, Esquire, 21 S 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 5742058 | + | EDI: DISCOVER | Jun 17 2026 22:43:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5742059 | + | EDI: DISCOVER | Jun 17 2026 22:43:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5742060 | + | EDI: AMINFOFP.COM | Jun 17 2026 22:43:00 | FST Premier, 3820 N Louise Ave., Sioux Falls, SD 57107-0145 |
| 5755916 | | EDI: JEFFERSONCAP.COM | Jun 17 2026 22:43:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5742061 | ^ | MEBN | Jun 17 2026 18:40:46 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5759536 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 17 2026 18:49:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5742062 | | Email/Text: camanagement@mtb.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5758575 | | Email/Text: camanagement@mtb.com | Jun 17 2026 18:44:00 | M &T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| | | | Jun 17 2026 18:44:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5742063 | | Email/Text: ml-ebn@missionlane.com | Jun 17 2026 18:44:00 | Mission Lane Tab Bank, PO BOX 105286 SW #1340, Atlanta, GA 30348 |
| 5761788 | | EDI: PRA.COM | Jun 17 2026 22:43:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, NORFOLK VA 23541 |
| 5742065 | | EDI: PRA.COM | Jun 17 2026 22:43:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 5746997 | + | EDI: JEFFERSONCAP.COM | Jun 17 2026 22:43:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 5756043 | | EDI: Q3G.COM | Jun 17 2026 22:43:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5742068 | + | EDI: SYNC | Jun 17 2026 22:43:00 | SYNCB/Care Credit, 950 Forrer Blvd, Dayton, OH 45420-1469 |
| 5742069 | | Email/Text: bknotice@upgrade.com | Jun 17 2026 18:44:00 | Upgrade Inc, 2 N Central Ave - Fl 10, Phoenix, AZ 85004 |
| 5742360 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 17 2026 18:49:12 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5758816 | + | Email/Text: peritus@ebn.phinsolutions.com | Jun 17 2026 18:44:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 1149, Grapevine, TX 76099-1149 |
| 5742070 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jun 17 2026 18:44:00 | Westlake Financial Svcs, 4751 Wilshire Blvd, Los Angeles, CA 90010-3847 |
| 5742071 | + | Email/Text: bkfilings@zwickerpc.com | Jun 17 2026 18:44:00 | Zwicker & Associates PC, 900 NORTHBROOK DR STE 100, Feasterville Trevose, PA 19053-8432 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5742051 | | Anthony Whittles |
| 5742054 | ##+ | Charlotte Dwyer, 139 Chipmunk Road, Bushkill, PA 18324-7884 |
| 5742067 | ## | Scott & Associates PC, 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |

TOTAL: 1 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2026       Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles Laputka | on behalf of Debtor 1 Edward Stuart Dwyer  Jr. ecfnotices@laputkalaw.com, jen@laputkalaw.com;jbolles@laputkalaw.com;Laputka.CharlesB@notify.bestcase.com;laputka.charlesb@notify.bestcase.com |
| Lawrence G. Frank | lawrencegfrank@gmail.com  PA39@ecfcbis.com |
| Mario J. Hanyon | on behalf of Creditor Peritus Portfolio Services II  LLC as servicer for Westlake Financial Services wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

Information to identify the case:

Debtor 1     **Edward Stuart Dwyer Jr.**

First Name     Middle Name     Last Name

Social Security number or ITIN   xxx–xx–5051
EIN   _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)     First Name     Middle Name     Last Name

Social Security number or ITIN   _ _ _ _
EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   5:25–bk–02611–MJC

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edward Stuart Dwyer Jr.

**By the court:**

6/17/26

Mark J. Conway, United States
Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318     **Order of Discharge**     page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:25-bk-02611-MJC　Doc 57　Filed 06/19/26　Entered 06/20/26 00:30:03　Desc
Imaged Certificate of Notice　Page 5 of 5