**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:  EDWARD STUART DWYER, JR
         Debtor(s)                              CHAPTER 13

CASE NO: 5-25-BK-02611MJC

**FUNDS REMITTED TO COURT**

Please find here to check number 2061334 in the amount of $527.16 representing unclaimed funds owed to Debtor(s), Edward Stuart Dwyer, Jr, the Trustee is remitting the funds owed to said Debtor(s) to the U. S. Bankruptcy Court due to the fact that the Trustee has been unable to locate said Debtor(s). Funds remitted to the address on file with the Court have been returned, and all attempts to contact Debtor(s) to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 999-0 | EDWARD STUART DWYER, JR<br>PO BOX 435<br>BUSHKILL, PA  18324 | $527.16 |

Dated:  July 22, 2026

/s/ Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone: (717) 566-6097
email: dschott@pamd13trustee.com